NOV 19 2025 PM4:35
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:25-cr-540-MSS-TGW

JOSEPH JAMES BELMONT

18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Felon in Possession of a Firearm)**

On or about October 26, 2025, in the Middle District of Florida, the defendant,

JOSEPH JAMES BELMONT,

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Robbery with a Weapon, on or about August 7, 2007;

2. Delivery of a Controlled Substance Within 1000 Feet of a Place for Worship, on or about April 6, 2011;

3. Possession of Cocaine, on or about April 6, 2011;

4. Dealing in Stolen Property, on or about April 6, 2011; and

5. False Information on a Pawnbroker Form, on or about April 6, 2011; and

6. Felon in Possession of a Firearm (2 counts), on or about December 12, 2017.

did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, that is, a Springfield Armory Hellcat 9mm handgun.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: Springfield Armory Hellcat 9mm handgun and Troy ammunition seized on or about October 26, 2025.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Racketeering Section

By: _____
    for:
Christopher F. Murray
Assistant United States Attorney
Chief, Criminal Division, South

3

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

JOSEPH JAMES BELMONT

## INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill

Foreperson

Filed in open court this 19th day

of November, 2025.

_____
Clerk
JEREMIAH SMITH

Bail $ _____

GPO 863 525